UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-93-FL

UNITED STATES OF AMERICA :
:
V. : ORDER TO UNSEAL INDICTMENT
:
ELIAS AMADOR :

Upon motion of the United States of America, and for good cause shown, the sealed Fifteen (15) Count Indictment returned by the Grand Jury for the Eastern District of North Carolina on March 21, 2018, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This __3rd__ day of May, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE